UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel Schneider, U.S.M.J. |
| v. | : | Crim. No. 08-2014 (JS) |
| JOHN J. PETRILLO | : | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (John J. Hoffman, Assistant U.S. Attorney, appearing), and John J. Petrillo (Emmett Fitzpatrick, appearing), for an Order granting a continuance in the above-captioned matter for a period of sixty (60) days, pursuant to Title 18, United States Code, Section 3161(h)(8), and the defendant being aware that he has the right to have an indictment or an information filed within thirty days from arrest, pursuant to Title 18 of the United States Code, Section 3161(b)(1), and counsel for the United States and the defendant having consented to the entry and form of this Order, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for a period of sixty (60) days for the following reasons:

1. Both the United States and the defendant seek time to discuss a potential plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __16th__ day of June, 2008

ORDERED that the proceedings scheduled in the above-captioned matter are continued from June 15, 2008 through August 13, 2008; and

IT IS FURTHER ORDERED that the period from June 15, 2008 through August 13, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984) and pursuant to Title 18, United States Code, Section 3161.

*[signature]*
JOEL SCHNEIDER
United States Magistrate Judge

*[signature]*
John J. Petrillo

*[signature]*
Emmett Fitzpatrick, Esq.